UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RI HUI ZHU,                                    ) Case No. CV 08-7417 TJH(JC)
                                               )
                    Petitioner,                )
                                               )
             v.                                ) ORDER ADOPTING FINDINGS,
                                               ) CONCLUSIONS, AND
MUKASEY, et al.,                               ) RECOMMENDATIONS OF UNITED
                                               ) STATES MAGISTRATE JUDGE
                    Respondents.               )
_____                )

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

       IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and on counsel for respondents.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED: September 8, 2009

7

8

9    _____

10   HONORABLE TERRY J. HATTER, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2