UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RI HUI ZHU, | ) | Case No. 08-7417 TJH(JC) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| MUKASEY, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: September 8, 2009

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE